UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAN NGUYEN, | No. C 13-4796 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. D. LEWIS, warden, | |
| Respondent. | |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 17, 2014

SUSAN ILLSTON
United States District Judge